# FILED

03/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0518



## IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 20-0518

Kirsten Mull Core
Law Office of
Kirsten Mull Core, P.C.
1700 West Koch, Suite 9
Bozeman, Montana 59715
Telephone: (406) 556-8485
Facsimile: (406) 556-2177

* * * * *

| | |
|---|---|
| IN RE THE MARRIAGE OF, ) | |
| ) | |
| THERESA CARBAH, ) | |
| ) | **ORDER FOR EXTENSION OF TIME TO** |
| Petitioner and Appellee, ) | **FILE RESPONSE BRIEF** |
| ) | |
| and ) | |
| ) | |
| CHRISTOPHER CARBAH, ) | |
| ) | |
| Respondent and Appellant. ) | |
| ) | |

UPON review of *Unopposed Motion for Extension of Time to File Response Brief* by counsel for the Petitioner/Appellee, and there appearing good cause therefore,

IT IS HEREBY ORDERED that the time to file Appellee's Response Brief is extended to the 23rd day of April 2021.

DATED this _____ day of _____, 2021.

_____
JUSTICE OF THE SUPREME
COURT OF MONTANA

CC:  Kirsten Mull Core
     Karl Knuchel

- 1 -

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 23 2021